UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

The Fifth Third Leasing Company,
    Plaintiff

v.   Case No. C-1-01-638

Forms Direct, Inc.,
    Defendant

**ORDER**

On October 24, 2001, this Court granted Defendant Bechtel Power Corporation's motion to dismiss Plaintiff's claim against it.

On January 2, 2002, a "Notice of Bankruptcy" was filed in this case indicating that Forms Direct, Inc. filed an Involuntary Petition for relief under Chapter 7 in the United States Bankruptcy Court for the District of Maryland (Doc. 19).

Therefore, the above captioned case shall be administratively closed. The parties are granted leave to move to reinstate the case at such time in the future as the parties deem appropriate.

**SO ORDERED**.

Date: October 16, 2003    s/Sandra S. Beckwith
    Sandra S. Beckwith
    United States District Judge